IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN A. GALE, Secretary of State of Nebraska; and DEMOCRATIC PARTY OF THE STATE OF NEBRASKA,<br><br>　　　　　　Defendants. | **4:17CV3133**<br><br>**MEMORANDUM AND ORDER** |

On January 29, 2018, after conducting an initial review of the Complaint, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. ([Filing No. 15](#).) On February 16, 2018, Plaintiff filed an interlocutory appeal of the court's order on initial review. ([Filing No. 18](#).) On April 2, 2018, the Eighth Circuit Court of Appeals dismissed Plaintiff's appeal for failure to prosecute and issued a mandate. ([Filing No. 25](#); [Filing No. 26](#).) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 16th day of April, 2018.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　Senior United States District Judge